```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RUSSELL JOHNS,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>          Defendant. | CIVIL NO. 05-5689(NLH)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 29th day of June, 2007, that Plaintiff's appeal is **DENIED;** and

**IT IS FURTHER ORDERED** that the final decision of the Commissioner is **AFFIRMED.**

                                         s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.